Jodie L. Ousley
Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
The Prudential Insurance Company
of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X

VICKI FIGUEROA,                              CA No.: 08-cv-07009

             Plaintiff,

    - against –                             RULE 7.1 STATEMENT

PRUCO LIFE INSURANCE COMPANY OF
NEW JERSEY, THE PRUDENTIAL LIFE
INSURANCE COMPANY OF AMERICA, and
PRUDENTIAL FINANCIAL COMPANY,

             Defendants.
--------------------------------------------X

TO: THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Prudential Insurance Company of America, make the following disclosure:

1)     The Prudential Insurance Company of America is an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation, which owns 10% or more of the stock of The Prudential Insurance Company of America.

2)   There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

Dated: August 6, 2008
New York, New York

d'ARCAMBAL, LEVINE & OUSLEY, LLP

By: /s/ Michelle d'Arcambal
Michelle d'Arcambal

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
The Prudential Insurance Company of America

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Removal was served upon counsel for Plaintiff, Karasyk & Moschella, LLP, by regular U.S. mail, postage prepaid, this 6th day of August, 2008, upon the following:

        Karasyk & Moschella, LLP
        225 Broadway – 32nd Floor
        New York, New York 10007

                              Michelle J. d'Arcambal, Esq.