Sullivan/J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

Jodie L. Ousley
Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendants Pruco Life Insurance Company
of New Jersey, Prudential Life Insurance Company of
America and Prudential Financial Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICKI FIGUEROA,

        Plaintiff

- against -

PRUCO LIFE INSURANCE COMPANY OF
NEW JERSEY, PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA, and PRUDENTIAL
FINANCIAL COMPANY,

        Defendants

C.A. No. 08-CV-7009 (RJS)

**STIPULATION TO EXTEND
TIME TO FILE ANSWER**

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned attorneys, that the time for Defendants Pruco Life Insurance Company of New Jersey, The Prudential Insurance Company of America, and Prudential Financial Company to answer, move or otherwise respond to Plaintiff's Verified Complaint in the captioned action is extended to and including September 30, 2008.

    **IT IS FURTHER STIPULATED AND AGREED**, that Defendants will not raise service of process or personal jurisdiction as a defense to the claims in the Complaint.

IT IS FURTHER STIPULATED AND AGREED, that a facsimile copy of this stipulation shall be considered an original and that this stipulation may be filed with the Court without further notice.

Dated: August 21, 2008
New York, New York

**KARASYK & MOSCHELLA, LLP**

By: _____
Julian Nierva

225 Broadway, 32nd Floor
New York, New York 10007
(212) 233-3800
(212) 233-3801 (Facsimile)

Attorneys for Plaintiff

Dated: August 21, 2008
New York, New York

**D'ARCAMBAL, LEVINE & OUSLEY, LLP**

By: _____
Jodie L. Ousley

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendants
Pruco Life Insurance Company of New Jersey, The Prudential Insurance Company of America, and Prudential Financial Company

_____
SO ORDERED